UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 12 Cr. 661 (SLT) |
| -against- | : | |
| | : | |
| MADHI HASHI, | : | |
| DEFENDANT. | : | SEPTEMBER 15, 2014 |

SIR OR MADAM:

**PLEASE TAKE NOTICE,** that upon the annexed affirmation of Mark S. DeMarco, attorney for Defendant Madhi Hashi, dated September 15, 2014, the incorporated Memorandum of Law, and upon all the papers and proceedings heretofore and herein, a motion will be made before this Court, located at 225 Cadman Plaza East, Brooklyn, New York, the Honorable Sandra L. Townes presiding, at such time and place convenient to the Court.

1. For an order pursuant to *Federal Rule of Criminal Procedure 12(b)(3) (C)* suppressing statement evidence or, in the alternative, ordering a pre-trial evidentiary hearing;

2. For permission to join in the motions of co-defendants;

3. For such other and further relief this Court deems just and proper.

Dated: Bronx, New York
September 15, 2014

                                                         _____
                                                         MARK S. DEMARCO
                                                         KARLOFF C. COMMISSIONG
                                                         Attorneys for the Defendant
                                                         *Madhi Hashi*
                                                         2027 Williamsbridge Road
                                                         Bronx, NY 10461
                                                         (718) 239-7070

TO:     CLERK OF THE COURT
        United States District Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, NY 11201

        HON. SANDRA L. TOWNES
        United States District Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, NY 11201

        Seth DuCharme, Esq.
        Richard Tucker, Esq.
        Assistant United States Attorney
        Office of the United States Attorney
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, NY 11201

        Mr. Madhi Hashi