

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SA/SDD/RT

271 Cadman Plaza East
Brooklyn, New York 11201

November 1, 2014

<u>By E-mail and ECF</u>

David Stern, Esq.
Jane Simpkin Smith, Esq.
Counsel for Defendant Mohamed Yusuf

Susan Kellman, Esq.
Sarah Kunstler, Esq.
Counsel for Defendant Ali Yassin Ahmed

Mark DeMarco, Esq.
Karloff Commissiong, Esq.
Counsel for Defendant Mahdi Hashi

      Re:    <u>United States v. Ahmed et al.</u>
                <u>Criminal Docket No. 12-661 (S-1) (SLT)</u>

Dear Counsel:

        Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, please be advised that the government intends to call a number of expert witnesses to testify in connection with the government's case:

        (1)  <u>Evan Kohlmann</u>

        Mr. Kohlmann is an international terrorism consultant, who specializes in tracking al Shabaab, al Qaeda, al Qaeda in the Arabian Peninsula and their affiliates, particularly with respect to the role of electronic media in the global jihadist movement.  Mr. Kohlmann holds a degree in International Politics from the Edmund A. Walsh School of Foreign Service (Georgetown University), and a Juris Doctorate from the University of Pennsylvania Law School.  Mr. Kohlmann is the recipient of a certificate in Islamic studies from the Prince Alwaleed bin Talal Center for Muslim Christian Understanding at Georgetown University.  He currently works as a Senior Partner at Flashpoint Global Partners, a New York-based security consulting firm, as well as an on air analyst for NBC News in the United States.

        In addition, Mr. Kohlmann is the author of the book *Al Qaida's Jihad in Europe: the Afghan Bosnian Network*.  Mr. Kohlmann has previously been qualified as an expert on the subject of Islamic extremism and the use of electronic media by terrorists and foreign terrorist

organizations.  He has testified as an expert witness in numerous federal criminal proceedings relating to terrorism, including cases within the Eastern and Southern Districts of New York.

In connection with the trial in the above-referenced case, we anticipate that Mr. Kohlmann will testify as to the global jihadist movement and the background and significance of certain terrorists and terrorist organizations that will be subject of other witness testimony in this case.  Mr. Kohlmann will also testify as to the existence of support networks, including networks of financial and logistical support, for jihadist terrorist organizations, specifically al Shabaab and al Qaeda in the Arabian Peninsula and the importance of foreign fighters recruited to join such organizations.

Mr. Kohlmann will likely also testify about the structure and leadership of al Shabaab, al Qaeda and al Qaeda in the Arabian Peninsula, identifying a number of key leaders and foreign fighters - including a number of American citizens - who were relevant figures in those organizations at the time of the events in the government's case.  With respect to the utility of foreign fighters and the logistical support for terrorist networks, Mr. Kohlmann will testify more specifically about certain attacks, suicide bombings, training camps, and various other actions publicly claimed by al Shabaab.  Mr. Kohlmann will also testify about other videos that were disseminated by al Shabaab as propaganda tools.  Such videos include, but are not limited to the following: (1) Mogadishu The Crusaders Graveyard, (2) Ambush at Bardalle, and (3) No Peace Without Islam.  He will also testify about various "calls to jihad" as well as certain publicly announced threats that al Shabaab and/or other terrorist groups disseminated as part of publicizing their cause internationally.  We also expect that Mr. Kohlmann will testify as to the dates that certain extremist propaganda materials were first published by foreign terrorist organizations.  In addition, we expect that Mr. Kohlmann will testify as to the common meaning and usage of certain jihadist terminology. We further expect that Mr. Kohlmann will testify regarding how terrorists use propaganda to recruit personnel into their mission to promote violent, global jihad, and how such propaganda materials assist in the assimilation of foreign fighters into jihadist groups operating overseas.

We will promptly provide you with copies of Mr. Kohlmann's expert report, upon completion.

(2) Matt Bryden

The government's second expert, Matthew Bryden, has more than 20 years' field experience in various capacities in the Horn of Africa. As evidenced by his *curriculum vitae*, Mr. Bryden's life's work has been studying, working in, and reporting on the Horn of Africa, including the study of Somalia and the Somali conflict.  His fluency in the Somali language, coupled with his extensive travel in the country, and interviews with principals in the conflict, have provided him, and will provide the jury, unparalleled insight into Somalia, Somali culture, history, and politics, and armed conflict in Somalia.

Mr. Bryden currently serves as the Direct of Sahan Research, a think tank based in Nairobi, Kenya.  Until recently Mr. Bryden was the Coordinator of the United Nations Security Council's Somalia and Eritrea Sanctions Monitoring Group, in charge of preparing a

comprehensive report to the United Nations Security Council on the operation of the arms embargo and recommendations for targeted sanctions for violations. Before working for the United Nations, Mr. Bryden worked at various times as a consultant for the governments of the United States, Canada, and the United Kingdom on issues related to Somalia. Mr. Bryden's evaluation of armed conflict is also informed by his own active military service as a reserve officer in the Canadian Army. His most senior responsibility during five years in the Army was command of an infantry company.

The government anticipates that Mr. Bryden will testify regarding relevant background on Somalia's history, geographic location, and sociology. His testimony will include discussion of jihadist armed groups in Somalia, including al Shabaab. He will provide details about al Shabaab, including testimony about its political, military, and theological objectives, its leaders, its relationship to al Qaeda and its affiliates, and apprehensions raised by al Shabaab's global jihadist ambitions, its designation as a foreign terrorist organization by the United States, and a number of other countries, and its institution of a severe form of Sharia (Islamic law) in territories under its control – including the destruction of cemeteries, stonings for adultery, beheadings of so-called apostates, cross amputations for thieves, and similar actions.

Mr. Bryden will testify as to al Shabaab's role in the ongoing Somali armed conflict and its terrorist activity. He will also testify about a number of suicide bombings publicly claimed and carried out by al Shabaab during the time period of the charges. Such bombings include the December 3, 2009 Hotel Shamo bombing carried out during a university graduation in Mogadishu, Somalia, the July 11, 2010 suicide bombing attacks by al Shabaab in Kamapala, Uganda, that left over 70 people dead and 70 injured, including an American citizen, and the September 21, 2013 attack on the Westgate Mall in Nairobi, Kenya, that left hundreds injured and nearly 70 people dead.

Mr. Bryden will also testify as to his conclusion regarding al Shabaab's role in five coordinated, truck-borne, suicide bombings that were carried out in Somalia on October 29, 2008. In those bombings, Shirwa Ahmed, formerly of Minneapolis, Minnesota, killed himself attacking the Puntland Intelligence Service in Boosaaso.

Mr. Bryden will also testify to the ways which al Shabaab funds itself, about the value of foreign fighters to al Shabaab, including in its operation of safe houses, training camps and on the front lines. Mr. Bryden will also testify specifically about a number of military engagements carried out by al Shabaab against the Somali Transitional Federal Government and its successor the Federal Government of Somalia, as well as against AMISON, the United Nations backed African Union peacekeeping mission in Somalia, and the various countries who are supporting AMISON. Mr. Bryden, who is fluent in Somali, will also listen to and testify regarding certain of the intercepted telephone calls that the government will offer as evidence in this case.

Mr. Bryden has previously been found to be qualified to provide expert testimony on topics similar to those proposed by the government in the United States District Court for the District of Minnesota, the United States District Court for the Southern District of California and

in Canadian Superior Court. Those areas included background on Somalia and the Somali conflict; details about al-Shabaab; al-Shabaab leaders; military engagements involving al-Shabaab; and suicide bombings for which al-Shabaab claims responsibility. See e.g *United States v. Amina Ali et al.*, Criminal No. 10-187 (MJD/FLN), 2011 WL 4583826 at * 4 (D. Minn., Sept. 30, 2011).[1]

We will promptly provide you with copies of Mr. Bryden's expert report upon completion.

(3) Jonas Lindh

The government also anticipates calling Jonas Lindh, or another Swedish expert in voice identification, to testify consistent with the voice identification analysis previously provided to you in discovery.

(4) Dr. Rhonda Craig

The government also anticipates calling Rhonda Craig, an experienced forensic scientist with Federal Bureau of Investigation ("FBI") to testify that she compared the DNA profile of certain bone fragments recovered from a body exhumed at a location of a suicide bombing site in Boosaaso, Somalia, to the DNA profile of a piece of flesh recovered from the roof of a structure and a vehicle headrest located at the site of the suicide bombing. Dr. Craig would testify, to a reasonable degree of scientific certainty, that the piece of flesh and a sample collected from the headrest had the same DNA profile as the exhumed body.

(5) Daniel Lien

The government also anticipates calling Daniel Lien, an experienced fingerprint examiner with the FBI, to testify that he examined fingerprints taken from the same exhumed body recovered at a location of a suicide bombing site in Boosaaso, Somalia, compared them with fingerprints known to belong to a former Minneapolis, Minnesota resident identified as Shirwa Ahmed, date of birth July 2, 1982, and concluded that the finger prints of the exhumed body and the fingerprints of Shirwa Ahmed were one and the same.

---

[1] Mr. Bryden has written about al Shabaab's role in the killing of his friend, Abdulkadir Yayha Ali, a Somali peace activist. Mr. Yahah was killed ostensibly for cooperating in the preparation of a July 11, 2005 report written by Mr. Bryden for the International Crisis Group. In addition, Mr. Bryden was included on a target list taken from al Shabaab members, and he did not travel to Mogadishu for a period of time after his name appeared on that list.

4

The government reserves the right to call substitute expert witnesses, as well as to call additional expert witnesses, and will provide advance notice of any intent to do so.  If you have any questions or further requests, please do not hesitate to contact us.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:   /s/ Shreve Ariail
    Shreve Ariail
    Seth D. DuCharme
    Richard Tucker
    Assistant U.S. Attorney
    (718) 254-6616

cc:   Clerk of the Court (by ECF)