SECRET//NOFORN



U.S. Department of Justice

CORRECT COPY

United States Attorney
Eastern District of New York

Filed with Classified
Information Security Officer

271 Cadman Plaza East
Brooklyn, New York 11201

CISO _____

Date _____11/25/14_____

SA/SDD/RT
F.#2012R01574

November 25, 2014

<u>FILED UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER</u>

<u>SUBJECT TO PROTECTIVE ORDER</u>

Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Re United States v. Ahmed, et al. 12 CR 661 (SLT)</u>